OPINION — AG — QUESTION: "AS REFERRED IN HOUSE BILL NO. 1014 AND HOUSE BILL NO. 808, 1963, ARE PREDATORY ANIMAL CONTROL AGENTS CONSIDERED AS BEING IN THE CLASSIFIED SERVICE AS DEFINED IN 74 O.S. 1959 Supp., 801-818 [74-801] — [74-818] INCLUSIVE OF THE MERIT ACT OF PERSONNEL ADMINISTRATION?" — THE MAMMAL CONTROL AGENTS ARE NOT WITHIN THE OKLAHOMA MERIT SYSTEM OF PERSONNEL ADMINISTRATION. CITE: 74 O.S. 1961 813 [74-813], 74 O.S. 1961 802 [74-802], 29 O.S. 1963 Supp., 525-528 [29-525] — [29-528], 2 O.S. 1963 Supp., 12-1 [2-12-1] (CHARLES OWENS)